

FILED

11/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0559

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0559

**FILED**

NOV 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

SERGIO VALDEZ SALAS,

    Plaintiff and Appellant,

v.

ARBY'S,

    Defendant and Appellee.

O R D E R

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on November 12, 2021, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(a) requires a table of contents, with page references, and a table of cases, statutes and other authorities cited, with referenced to the pages of the brief where they are cited. M. R. App. P. 12(1)(b) requires a statement of issues presented for review. M. R. App. P. 12(1)(c) requires a statement of the case. The statement shall briefly indicate the nature of the case and its procedural disposition in the court below. Appellant's brief lacks any of the above elements.

M. R. App. P. 12(1)(d) requires that the statement of facts portion of a brief contain references to the pages or the parts of the record at which material facts appear. Appellant's brief contains no citations to any record.

M. R. App. P. 12(1)(e) requires a statement of the standard of review for each issue presented, together with a citation of authority. Appellant's brief asserts no standard of review.

M. R. App. P. 12(1)(f) requires a summary of the argument before the argument portion of the brief. The summary of the argument should include a heading identifying it as

a separate section. The summary should be a clear and concise statement of the arguments made in the body of the brief. The Appellant's brief makes no summary of the argument.

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to mail a true copy of this Order to the Appellant and to all parties of record.

DATED this 15th day of November, 2021.

For the Court,

By _____

Justice